IN THE MATTER OF THE PETITION OF JAMES W. KIERNAN, TO
VACATE AN ASSESSMENT FOR GRADING AND PAVING GRAND
STREET, BROOKLYN.

IN THE MATTER OF THE PETITION OF CHARLES H., ALBERT
M. AND FRANKLIN H. KALBFLEISCH, EXECUTORS OF
MARTIN KALBFLEISCH, DECEASED, TO VACATE AN ASSESS-
MENT FOR GRADING AND PAVING GRAND STREET, BROOKLYN.

IN THE MATTER OF THE TWO PETITIONS OF CHARLES H.,
ALBERT M. AND FRANKLIN H. KALBFLEISCH TO
VACATE AN ASSESSMENT FOR GRADING AND PAVING GRAND
STREET, BROOKLYN.

APPEAL from an order denying a motion to confirm the report
of a referee, and for a judgment vacating certain local assessments.

The court, at General Term, was of opinion that, under the provisions of chapter 338 of Laws of 1858, amended by chapter 63, Laws of 1862, section 43, the assessment should be vacated; chapter 169 of 1861 requiring that a petition for the work should be signed by a majority of the land owners, and such petition not having been so signed. That the defect was not remedied by chapter 589 of 1874, as the assessment had not been confirmed; and for the further reason that so far as it relates to these assessments the act is local, and its title does not embrace this subject.

*F. P. Bellamy,* for the petitioners.

*Wm. C. De Witt,* corporation counsel.

Opinion by BARNARD, P. J.

Present — BARNARD, P. J., and DONOHUE, J.

Orders reversed, and report of referee confirmed, with costs.